FRANKLIN B. CASE, JR., Appellant, *v.* THE NEW YORK
MUTUAL SAVINGS AND LOAN ASSOCIATION et al., Respond-
ents, Impleaded with Others.

*Case* v. *N. Y. Mutual S. & L. Assn.*, 99 App. Div. 624, affirmed.
(Argued October 22, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered Jan-
uary 9, 1905, affirming a judgment in favor of defendants
entered upon an order of the Appellate Division which
reversed an interlocutory judgment overruling demurrers to
the complaint and sustained such demurrers in a stockholder's
action for the appointment of a receiver of a certain corpora-
tion, and for an accounting and payment to such receiver of
moneys due said corporation from the defendants.

*Hector M. Hitchings* for appellant.

*Frank E. Smith* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: GRAY, J.